IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:19-cr-00276 LJO SKO |
| | ) | **O R D E R** |
| Plaintiff, | ) | **APPOINTING COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| JEROME ROBERSON, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes the Court to appoint him counsel. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS:**

1. Monica Bermudez is appointed to represent the above defendant in this case effective *nunc pro tunc* to December 17, 2019. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **December 20, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL          1