UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:19-cr-00276 NONE SKO |
| ) | |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| JEROME ROBERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant has sworn as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and requests the Court appoint him an attorney to represent him. Therefore, in the interests of justice and according to the U.S. Const., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS:**

1. Mark Broughton is Substituted for Monica Bermudez, to represent the above defendant in this case effective *nunc pro tunc* to December 19, 2019. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **February 12, 2020**         **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE